# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MONROE FEDERAL SAVINGS AND LOAN ASSOCIATION, | : | Case No. 3:12CV52 |
| Plaintiff, | : | |
| vs. | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| NEA GALTIER PARKING LLC, et al., | : | |
| Defendants. | : | |

## MEDIATOR'S REPORT

Pursuant to agreement of the parties, a mediation session for this case was held on Tuesday, November 27, 2012.  The parties continued settlement negotiations and reported back to the Court on Thursday, January 24, 2013. The parties did not reach an agreement to settle this case.

January 28, 2013                                  s/Sharon L. Ovington
                                                           Sharon L. Ovington
                                               United States Magistrate Judge