IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONROE FEDERAL SAVINGS
AND LOAN ASSOCIATION,

      Plaintiff,

vs.

NEA GALTIER PARKING, LLC, *et al.*,

      Defendants.

Case No.: 3:12-CV-52

Judge Timothy S. Black

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by counsel by telephone call of 2/19/2013 that this case has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 2/19/2013

                                                                           Timothy S. Black
                                                                           United States District Judge